IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| MORGAN ALAYNA NICHOLAS, | ) | |
| Plaintiff, | )<br>)<br>) | |
| vs. | )<br>) | 6:17-cv-00473-LSC |
| JOHN DOE, *et al.*, | )<br>) | |
| Defendants. | )<br>)<br>) | |

ORDER

Pursuant to Defendant State Farm Mutual Automobile Insurance Company's ("State Farm") Motion to Dismiss (Doc. 3), and Plaintiff's response thereto (Doc. 8)—in which she stipulated that State Farm should be dismissed without prejudice—State Farm is DISMISSED without prejudice. Further, Defendant John Doe not having been served, and the Court having no subject matter jurisdiction over an action between Plaintiff and John Doe, the action is also DISMISSED without prejudice. Costs are taxed as paid.

DONE and ORDERED this 20th day of April 2017.

                                                      L. Scott Coogler  
                                       United States District Judge  
                                                                 186291